Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY DARRAH,<br><br>    Plaintiff,<br><br>v.<br><br>RECEIVABLES PERFORMANCE MANAGEMENT, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>    Defendants. | NO.  2:18-cv-01724-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss Defendant Experian Information Solutions, Inc. ("Experian"), and this Court being sufficiently advised in this matter:

**IT IS HEREBY ORDERED** that Plaintiff's claims against Experian only are dismissed with prejudice.  Plaintiff and Experian shall bear his and its own attorneys' fees and costs incurred herein.

DATED this 19th day of May, 2020.

*/s/ Ricardo S. Martinez*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE